FELIX SMAUL, A/K/A EFIN SHMUYLOVICH v. IRVINGTON
GENERAL HOSPITAL, ET AL., AND ALLSTATE
INSURANCE COMPANY.

November 21, 1986.

Petition for certification granted.

STATE IN THE INTEREST OF J.D.

November 21, 1986.

Petition for certification denied.